IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREEN MOUNTAIN FIREPLACES, INC.<br>and NEW ENGLAND FOAM & COATING, INC.<br><br>　　　　Defendants. | CIVIL ACTION 2:21-cv-197 |

**DISCLOSURE STATEMENT OF PLAINTIFF THE CINCINNATI INSURANCE COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule of Procedure 7.1, Plaintiff, The Cincinnati Insurance Company ("Plaintiff"), makes the following disclosures:

1. Plaintiff is a non-governmental corporate party.

2. The parent company of the Plaintiff is The Cincinnati Financial Corporation.

3. There is no publicly-held corporation which owns 10% or more of Plaintiff's stock.

4. There is no subsidiary of the Plaintiff.

5. Plaintiff does not have any affiliates that have issued shares of ownership to the public.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

2

       Respectfully submitted,

       **THE BURLINGTON LAW PRACTICE, PLLC**

       */s/ Joshua L. Simonds*
       Joshua L. Simonds, Esq.
       2 Church St., Suite 2G
       Burlington, VT 05401
       (t) (802) 651-5370
       jls@burlingtonlawpractice.com

       *Attorneys for Plaintiff*